San Juan, Sección 2ª. Noviembre 21, 1918. *Confirmada la sentencia apelada.*

---

No. 1308. El Pueblo, Apelado, *v.* López, Conocida por Angela Nogueras, Apelante.—Infracción de la Ley de Pesas y Medidas. San Juan, Sección 2ª. Noviembre 21, 1918. *Confirmada la sentencia apelada.*

---

No. 1299. El Pueblo, Apelado, *v.* Martínez et al., Apelantes.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Noviembre 22, 1918. *Confirmada la sentencia apelada.*

---

No. 1315. El Pueblo, Apelado, *v.* Torres, Apelante.—Abuso de confianza. Guayama. Noviembre 22, 1918. *Confirmada la sentencia apelada.*

---

No. 1316. El Pueblo, Apelado, *v.* Torres, Apelante.—Abuso de confianza. Guayama. Noviembre 22, 1918. *Confirmada la sentencia apelada.*

---

No. 1317. El Pueblo, Apelado, *v.* Torres, Apelante.—Abuso de confianza. Guayama. Noviembre 22, 1918. *Confirmada la sentencia apelada.*

---

No. 1294. El Pueblo, Apelado, *v.* Suárez, Apelante.—Infracción artículo 288 del Código Penal. San Juan, Sección 2ª. Noviembre 25, 1918. *Revocada la sentencia apelada y absuelta la acusada, cancelándose la fianza que prestara para permanecer en libertad.*